IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>THERESA MARIE BISHOP,<br>*Defendant.* | CRIMINAL DIVISION<br><br>Criminal No. 05-240 |

AND NOW, THIS 8th DAY OF Dec, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

MOTION TO RECONSIDER AND MOTION TO SET ASIDE VERDICT

NOW COMES the defendant, Theresa Marie Bishop, by her attorneys of record, Thomas A. Crawford, Jr. and Barbara L. Weiss, and respectfully requests that this Honorable Court reconsider its denials of the defendant's motions for a judgment of acquittal pursuant to Rule 29(a and b) of the Federal Rules of Criminal Procedure or Rule 29(c) of the Federal Rules of Criminal Procedure and that the verdict of the jury be set aside and the defendant found not guilty or, in the alternative, granted a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure for the following reasons reasserting her motions at the close of the prosecution's case and at the end of all the evidence:

1. As to counts three and five which allege that the defendant falsified form 4473 by stating that she was the owner of the firearm purchased on two occasions, the government offered no evidence from which the jury could conclude that the defendant was not the owner of those two firearms (the M 11 and the rifle) at the time she purchased them.

2. As to counts two, four and six which allege that she disposed of all three firearms to a person